■■■■■ JUSTUS GOODWIN, NATHAN SUTTON, JR., AND BENJAMIN SUTTON *versus* BETHUEL FARRAND. ■■■■■

JOURNAL ENTRIES (1835): *Journal 5:* (1) Rule to plead, answer, or demur *p. 72; (2) bill dismissed *p. 99.

PAPERS IN FILE: (1) Bill of complaint, order for injunction; (2) writ of injunction and return; (3) writ of subpoena and acceptance of service.

*Chancery Case* 172 of 1834.

■■■■■ASQUIRE ALDRICH *versus* JACOB TINGLEY, JOHN F. CRONK, AND MARY CRONK. SAME *versus* HARVEY JACOX, PHILA JACOX (ADMINISTRATRIX, ETC., OF GAINES SAWTELLS), AND ELIAS McCALL. ■■■■■

JOURNAL ENTRIES (1835–36): *Journal 5:* (1) Rule to appear and for notice by publication *p. 72; (2) motion for decree pro confesso, motion for leave to plead or answer *p. 93; (3) time to plead or answer extended *p. 95; (4) motion for decree pro confesso *p. 127; (5) motion for leave to file supplemental bill and for subpoena *p. 132; (6) leave given to file supplemental bill and to issue subpoena *p. 134.

PAPERS IN FILE: (1) Bill of complaint; (2) copy of bill of complaint; (3) writ of subpoena and return; (4) motion for rule to plead and for notice by publication; (5) motion to take bill as confessed; (6) proof of publication of notice; (7) motion for further time to answer; (8) affidavit for further time to answer; (9) answer of Jacob Tingley; (10) motion for decree pro confesso; (11) replication to answer of Jacob Tingley; (12) affidavit of Jacob M. Howard; (13) supplemental bill of complaint; (14) draft of order for subpoena; (15) writ of subpoena and return; (16) answer of Elias McCall; (17) answer of Phila Jacox, administratrix; (18) replication; (19) motion to renew rule for taking testimony.

*Chancery Case* 147 of 1831.

■■■■■ JOSHUA POYER *versus* GEORGE W. BEDELL. ■■■■■

JOURNAL ENTRIES (1835): *Journal 5:* (1) Rule to make return to certiorari *p. 75; (2) submitted *p. 99; (3) judgment reversed *p. 101.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari and return; (3) brief.

*1824–36 Calendar,* MS p. 233.